# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Keith Michael Byrne, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 2:25-cv-01077 |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, | : |
| Kika Scott, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services; and | : |
| Laura B. Zuchowski, in her official capacity as Director, Vermont Service Center of U.S. Citizenship and Immigration Services, | : |
|     Defendants. | : |

## ORDER

**AND NOW**, this 20th day of August 2025, upon consideration of Defendants' Motion to Dismiss the Complaint (Doc. No. 10), Plaintiff's Response in Opposition (Doc. No. 11), and Defendants' Reply (Doc. No. 15), and in accordance with the Opinion filed on this day, it is **ORDERED** that the Motion to Dismiss the Complaint (Doc. No. 10) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*